In the Matter of MILTON M. BERGERMAN, Individually and as Chairman of the Citizens Union of the City of New York, Respondent, against THOMAS F. MURPHY et al., Constituting the Board of Trustees of the Police Pension Fund of the City of New York, Respondents, and JAMES E. FUREY et al., Appellants. — Order unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [Order denied motion to bring in additional parties.]

■

In the Matter of the Arbitration between SAM MENCHER, as Chairman of Furriers Joint Council of New York, Appellant, and ARMAND FRIED, INC., et al., Respondents.— Order unanimously modified so as to direct a trial before the court of the issue of the existence of the contract and, if it be found that there is an existing contract, then as to whether it is binding on Armand Fried personally and applicable to the Puerto Rican company and, as so modified, affirmed, without costs. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

■

CHARLES SCHATZKIN, Appellant, v. WILLIAM SCHATZKIN et al., as Executors of HENRY A. SCHATZKIN, Deceased, Respondents.— Two orders were entered March 19, 1951, vacating plaintiff's notices of examination before trial of defendants as executors of the last will and testament of Henry A. Schatzkin, deceased. Reargument was granted and the original determination adhered to in an order entered April 13, 1951. These orders from which plaintiff has appealed are hereby modified so as to permit their examination as adverse parties with respect to the genuineness of the signature of said decedent upon the documents in suit, and with respect to the identification of the relevant books, records and documents of the decedent coming into their possession. No determination is made with reference to the procedure necessary to compel production of such papers, but only with respect to the permitted scope of the oral examination. The deposition of William Schatzkin as such executor should be taken before the court, as in the case of the notice of deposition of Marion Huntington Schatzkin as executor, instead of before Thomas Capek, who is associated with the attorneys for plaintiff-appellant. As so modified, the orders appealed from are affirmed. Settle orders on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

■

CHARLES SCHATZKIN, Appellant, v. WILLIAM SCHATZKIN et al., as Executors of HENRY A. SCHATZKIN, Deceased, Respondents.— Upon the appeals by plaintiff from an order entered March 19, 1951, granting defendants' motion to examine plaintiff before trial, and from an order entered April 13, 1951, granting reargument and upon reargument adhering to the original determination, said orders are unanimously affirmed. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.